UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

LYNN KIM, et al.,
    Plaintiffs,

v.

SELECT PORTFOLIO SERVICING., et al.,
    Defendants.

No. C 11-5688 MEJ

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: not yet scheduled
Mediator: Stephen Schrey

    IT IS HEREBY ORDERED that the requests to excuse defendant Select Portfolio Servicing's party representative from appearing in person at the as yet unscheduled mediation before Stephen Schrey is GRANTED. The representative shall participate telephonically in the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

March 1, 2012        By: _____
Dated                                        Donna M. Ryu
                                               United States Magistrate Judge



UNITED STATES DISTRICT COURT
For the Northern District of California