UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| LYNN KIM, et al.,<br>　　　　Plaintiffs, | No. C 11-5688 MEJ |
| v.<br>SELECT PORTFOLIO SERVICING., et al.,<br>　　　　Defendants. | **ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　　　not yet scheduled<br>Mediator:　　Stephen Schrey |

　　IT IS HEREBY ORDERED that the requests to excuse defendant Select Portfolio Servicing's party representative from appearing in person at the as yet unscheduled mediation before Stephen Schrey is GRANTED.  The representative shall participate telephonically in the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f).

　　IT IS SO ORDERED.

March 1, 2012　　　　　　　　　　By:　　　　_____
Dated　　　　　　　　　　　　　　　　　　Donna M. Ryu
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge