1  JAMES PAUL GREEN, ESQ.   Bar No. 053645
   Attorney at Law
2  335 West Portal Avenue
   San Francisco, CA 94127
3  (415) 621-1501

4  Attorney for Plaintiffs
   LYNN KIM
5  CHUNG FREEMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LYNN KIM; CHUNG FREEMAN, | Case No.: 3:11-CV-5688 MEJ |
|---|---|
| Plaintiffs, | |
| vs. | STIPULATION OF PARTIES TO CONTINUE HEARING DATE ON DEFENDANTS' MOTIONS SET FOR MAY 17, 2012, AT 10:00 A.M. |
| SELECT PORTFOLIO SERVICING, INC., a corporation; NATIONAL DEFAULT SERVICING CORPORATION; WELLS FARGO BANK, NATIONAL ASSOCIATION, TRUSTEE FOR HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF15 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF15 and DOE defendants, inclusive, | Hearing Date: May 17, 2012<br>Hearing Time: 10:00 a.m.<br>Location:  Courtroom B, 15th Floor |
| Defendants | |

The parties stipulate as follows:

1.  Following the completion of mediation sessions, the parties have agreed in principle to resolve the issues in the case by way of a stipulated settlement agreement.

STIPULATION OF PARTIES TO CONTINUE HEARING DATE ON DEFENDANTS' MOTIONS SET FOR MAY 17, 2012, AT 10:00 A.M.

1

2. The parties desire to continue the hearing date on Defendants' Motions, now set for May 17, 2012, at 10:00 a.m., so as to allow the settlement agreement to be in place, as opposed to having to brief the matter in opposition, and/or to relieve the Court and its staff of researching the issues submitted by both parties.

3. The parties agree that the current Motion should be reset to the Court's available calendar on June 21, 2012, at 10:00 a.m.

4. The parties further agree that any opposition by Plaintiffs to the Motions shall be filed on or before May 31, 2012.

5. Good cause exists for the Stipulation herein, and the parties respectfully ask the Court to approve same.

DATED: April 18, 2012

_____
JAMES PAUL GREEN
Attorney for Plaintiffs
LYNN KIM and
CHUNG FREEMAN

DATED: April 18, 2012

_____
REGINA J. McCLENDON
Attorney for Defendants
SELECT PORTFOLIO SERVICING, INC.; NATIONAL DEFAULT SERVICING CORPORATION; and WELLS FARGO BANK, NATIONAL ASSOCIATION, TRUSTEE FOR HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF15 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF15

<u>Kim, et al. v. Select Portfolio Servicing, Inc., et al.</u>
U.S. District Court, Northern District of California
Case No. 3:11-CV-5688 MEJ

## ORDER

GOOD CAUSE APPEARING THEREFOR, the pending Motions of Defendants now set for May 17, 2012 are continued to June 21, 2012, and any opposition by Plaintiffs shall be filed on or before May 31, 2012.

DATED:   April __19__, 2012

_____
HONORABLE MARIA-ELENA JAMES