1  JAMES PAUL GREEN, ESQ.   Bar No. 053645
   Attorney at Law
2  335 West Portal Avenue
   San Francisco, CA  94127
3  (415) 621-1501

4  Attorney for Plaintiffs
   LYNN KIM
5  CHUNG FREEMAN

6

7

8                  UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10  LYNN KIM; CHUNG FREEMAN,              Case No.:  3:11-CV-5688 MEJ

11              Plaintiffs,

12                                        STIPULATION OF PARTIES TO
13      vs.                               CONTINUE HEARING DATE ON
                                          DEFENDANTS' MOTIONS SET FOR
14  SELECT PORTFOLIO SERVICING, INC.,     MAY 17, 2012, AT 10:00 A.M.
15  a corporation; NATIONAL DEFAULT
16  SERVICING CORPORATION; WELLS          Hearing Date:  May 17, 2012
    FARGO BANK, NATIONAL                  Hearing Time:  10:00 a.m.
17  ASSOCIATION, TRUSTEE FOR              Location:      Courtroom B, 15th Floor
18  HOLDERS OF THE FIRST FRANKLIN
    MORTGAGE LOAN TRUST 2006-FF15
19  MORTGAGE PASS-THROUGH
20  CERTIFICATES, SERIES 2006-FF15
21  and DOE defendants, inclusive,

22              Defendants

23

24

25      The parties stipulate as follows:

26      1.      Following the completion of mediation sessions, the parties have

27  agreed in principle to resolve the issues in the case by way of a stipulated settlement

28  agreement.

2. The parties desire to continue the hearing date on Defendants' Motions, now set for May 17, 2012, at 10:00 a.m., so as to allow the settlement agreement to be in place, as opposed to having to brief the matter in opposition, and/or to relieve the Court and its staff of researching the issues submitted by both parties.

3. The parties agree that the current Motion should be reset to the Court's available calendar on June 21, 2012, at 10:00 a.m.

4. The parties further agree that any opposition by Plaintiffs to the Motions shall be filed on or before May 31, 2012.

5. Good cause exists for the Stipulation herein, and the parties respectfully ask the Court to approve same.

DATED:     April /8, 2012

_____
JAMES PAUL GREEN
Attorney for Plaintiffs
LYNN KIM and
CHUNG FREEMAN

DATED:     April /8, 2012

_____
REGINA J. McCLENDON
Attorney for Defendants
SELECT PORTFOLIO SERVICING,
INC.; NATIONAL DEFAULT
SERVICING CORPORATION; and
WELLS FARGO BANK,
NATIONAL ASSOCIATION,
TRUSTEE FOR HOLDERS OF THE
FIRST FRANKLIN MORTGAGE
LOAN TRUST 2006-FF15
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-
FF15

STIPULATION OF PARTIES TO CONTINUE HEARING DATE ON DEFENDANTS' MOTIONS
SET FOR MAY 17, 2012, AT 10:00 A.M.

2

Kim, et al. v. Select Portfolio Servicing, Inc., et al.
U.S. District Court, Northern District of California
Case No. 3:11-CV-5688 MEJ

_____

## ORDER

GOOD CAUSE APPEARING THEREFOR, the pending Motions of Defendants now set for May 17, 2012 are continued to June 21, 2012, and any opposition by Plaintiffs shall be filed on or before May 31, 2012.

DATED:    April __19__, 2012

_____
HONORABLE MARIA-ELENA JAMES

STIPULATION OF PARTIES TO CONTINUE HEARING DATE ON DEFENDANTS' MOTIONS
SET FOR MAY 17, 2012, AT 10:00 A.M.

3