JAMES PAUL GREEN, ESQ.   Bar No. 053645
Attorney at Law
335 West Portal Avenue
San Francisco, CA 94127
(415) 621-1501

Attorney for Plaintiffs
LYNN KIM
CHUNG FREEMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN KIM; CHUNG FREEMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SELECT PORTFOLIO SERVICING, INC., a corporation; NATIONAL DEFAULT SERVICING CORPORATION; WELLS FARGO BANK, NATIONAL ASSOCIATION, TRUSTEE FOR HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF15 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF15 and DOE defendants, inclusive,<br><br>Defendants | Case No.: 3:11-CV-5688 MEJ<br><br>STIPULATION OF PARTIES TO CONTINUE HEARING DATE ON DEFENDANTS' MOTIONS SET FOR JUNE 21, 2012, AT 10:00 A.M.<br><br>Hearing Date:   June 21, 2012<br>Hearing Time:   10:00 a.m.<br>Location:   Courtroom B, 15th Floor |

The parties stipulate as follows:

1.    Following the completion of mediation sessions, the parties have agreed in principle to resolve the issues in the case by way of a stipulated settlement agreement.

2. The parties desire to continue the hearing date on Defendants' Motions, now set for June 21, 2012, at 10:00 a.m., so as to allow the settlement agreement to be in place, as opposed to having to brief the matter in opposition, and/or to relieve the Court and its staff of researching the issues submitted by both parties.

3. The parties agree that the current Motion should be reset to the Court's available calendar on August 9, 2012, at 10:00 a.m.

4. The parties further agree that any opposition by Plaintiffs to the Motions shall be filed on or before July 19, 2012.

5. Good cause exists for the Stipulation herein, and the parties respectfully ask the Court to approve same.

DATED: May 31, 2012

_____
JAMES PAUL GREEN
Attorney for Plaintiffs
LYNN KIM and
CHUNG FREEMAN

DATED: May ~~June~~ 31, 2012

_____
REGINA J. McCLENDON
Attorney for Defendants
SELECT PORTFOLIO SERVICING, INC.; NATIONAL DEFAULT SERVICING CORPORATION; and WELLS FARGO BANK, NATIONAL ASSOCIATION, TRUSTEE FOR HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF15 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF15

STIPULATION OF PARTIES TO CONTINUE HEARING DATE ON DEFENDANTS' MOTIONS SET FOR JUNE 21, 2012, AT 10:00 A.M.

2

<u>Kim, et al. v. Select Portfolio Servicing, Inc., et al.</u>
U.S. District Court, Northern District of California
Case No. 3:11-CV-5688 MEJ

### ORDER

GOOD CAUSE APPEARING THEREFOR, the pending Motions of Defendants now set for June 21, 2012 are continued to August 9, 2012, and any opposition by Plaintiffs shall be filed on or before July 19, 2012.

The parties shall notify the Court immediately should the case settle prior to the August 9, 2012 hearing date.

DATED: June __1st__, 2012

_____
HONORABLE MARIA-ELENA JAMES

STIPULATION OF PARTIES TO CONTINUE HEARING DATE ON DEFENDANTS' MOTIONS SET FOR JUNE 21, 2012, AT 10:00 A.M.

3