1 | JAMES PAUL GREEN, ESQ.   Bar No. 053645
Attorney at Law
2 | 335 West Portal Avenue
San Francisco, CA  94127
3 | (415) 621-1501

4 | Attorney for Plaintiffs
LYNN KIM
5 | CHUNG FREEMAN

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | LYNN KIM; CHUNG FREEMAN,

11

12 |             Plaintiffs,

13 |       vs.

14

15 | SELECT PORTFOLIO SERVICING, INC.,
a corporation; NATIONAL DEFAULT
16 | SERVICING CORPORATION; WELLS
FARGO BANK, NATIONAL
17 | ASSOCIATION, TRUSTEE FOR
HOLDERS OF THE FIRST FRANKLIN
18 | MORTGAGE LOAN TRUST 2006-FF15
19 | MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-FF15
20 | and DOE defendants, inclusive,
21

22 |             Defendants

23

24

Case No.:  3:11-CV-5688 MEJ

STIPULATION OF PARTIES TO
CONTINUE HEARING DATE ON
DEFENDANTS' MOTIONS SET FOR
JUNE 21, 2012, AT 10:00 A.M.

Hearing Date:   June 21, 2012
Hearing Time:  10:00 a.m.
Location:         Courtroom B, 15th Floor

25 |       The parties stipulate as follows:

26 |             1.      Following the completion of mediation sessions, the parties have

27 | agreed in principle to resolve the issues in the case by way of a stipulated settlement

28 | agreement.

STIPULATION OF PARTIES TO CONTINUE HEARING DATE ON DEFENDANTS' MOTIONS
SET FOR JUNE 21, 2012, AT 10:00 A.M.

1

2.      The parties desire to continue the hearing date on Defendants' Motions, now set for June 21, 2012, at 10:00 a.m., so as to allow the settlement agreement to be in place, as opposed to having to brief the matter in opposition, and/or to relieve the Court and its staff of researching the issues submitted by both parties.

3.      The parties agree that the current Motion should be reset to the Court's available calendar on August 9, 2012, at 10:00 a.m.

4.      The parties further agree that any opposition by Plaintiffs to the Motions shall be filed on or before July 19, 2012.

5.      Good cause exists for the Stipulation herein, and the parties respectfully ask the Court to approve same.

DATED:   _____, 2012

_____
JAMES PAUL GREEN
Attorney for Plaintiffs
LYNN KIM and
CHUNG FREEMAN


DATED:   ~~June~~ May 31, 2012

_____
REGINA J. McCLENDON
Attorney for Defendants
SELECT PORTFOLIO SERVICING, INC.; NATIONAL DEFAULT SERVICING CORPORATION; and WELLS FARGO BANK, NATIONAL ASSOCIATION, TRUSTEE FOR HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF15 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF15

Kim, et al. v. Select Portfolio Servicing, Inc., et al.
U.S. District Court, Northern District of California
Case No. 3:11-CV-5688 MEJ

_____

ORDER

GOOD CAUSE APPEARING THEREFOR, the pending Motions of

Defendants now set for June 21, 2012 are continued to August 9, 2012, and any

opposition by Plaintiffs shall be filed on or before July 19, 2012.

The parties shall notify the Court immediately should the case settle prior to the August 9, 2012
hearing date.

DATED:     June __1st__, 2012

_____
HONORABLE MARIA-ELENA JAMES