LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Sally W. Mimms (SBN 276093)
smimms@lockelord.com
44 Montgomery Street, Suite 2400
San Francisco, CA  94104
Telephone:     415-318-8810
Facsimile:      415-676-5816

Attorneys for Defendants
SELECT PORTFOLIO SERVICING, INC.; NATIONAL DEFAULT SERVICING
CORPORATION; and WELLS FARGO BANK, N.A, NOT IN ITS INDIVIDUAL OR BANKING
CAPACITY, BUT SOLELY AS TRUSTEE FOR THE FIRST FRANKLIN MORTGAGE LOAN
TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-FF15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN KIM; CHUNG FREEMAN,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>SELECT PORTFOLIO SERVICING, INC., a corporation; NATIONAL DEFAULT SERVICING CORPORATION; WELLS FARGO BANK, NATIONAL ASSOCIATION, TRUSTEE FOR HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF15 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF15 and DOE defendants, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. 3:11-cv-5688 MEJ<br><br>**[PROPOSED] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE** |

The Court, having read and considered the Stipulation of Dismissal with Prejudice by and between Plaintiffs Lynn Kim and Chung Freeman ("Plaintiffs") and Defendants Select Portfolio Servicing, Inc.; National Default Servicing Corporation; and Wells Fargo Bank, N.A, not in its individual or banking capacity, but solely as Trustee for the First Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates Series 2006-FF15 (sued herein as Wells Fargo Bank, National Association, Trustee for Holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15) (collectively, "Defendants," and collectively with Plaintiffs, the "Parties"), and good cause appearing therefore, hereby ORDERS that:

1. This action, and each and every claim asserted in the action, is dismissed in its entirety;

2. The dismissal is with prejudice; and

3. Each of the Parties is to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: __June 12, 2012__

